## UNITED STATES of America, Plaintiff–Appellee

v.

**Manuel Lopez VILLEDA, also known as Manuel Lopez, also known as Manuel Villeda Lopez, also known as Manuel L. Villeda, also known as Manuel Lopez–Villeda, also known as Manuel Villeda–Lopez, also known as Villeda M. Lopez, also known as Manuel Lopez–Villeoa, Defendant–Appellant.**

No. 11–20023
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 17, 2012.

James Lee Turner, Assistant U.S. Attorney, Renata Ann Gowie, Assistant U.S.

Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Joe A. Salinas, III, Esq., Law Offices of J.A. Salinas, III, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, GARZA, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Manuel Lopez Villeda (Lopez) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Lopez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.